**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:23-cv-81063-DMM

DENISE PAYNE,

      Plaintiff,

v.

SHADOWWOOD SQUARE, LTD.,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

      Plaintiff, DENISE PAYNE, hereby advises the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this August 15, 2023.

      /s/ *Anthony J. Perez*
      ANTHONY J. PEREZ, ESQ.
      Florida Bar No.: 535451
      GARCIA-MENOCAL & PEREZ, P.L.
      350 Sevilla Avenue, Suite 200
      Coral Gables, FL 33345
      Telephone: (305) 553- 3464
      Email:  ajperez@lawgmp.com
      *Counsel for Plaintiff Denise Payne*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 15, 2023.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ